Douglas STONE, Appellant,

v.

John Michael DOWNING, Respondent.

No. WD 51734.

Missouri Court of Appeals,
Western District.

July 30, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1996.

Application to Transfer Denied
Nov. 19, 1996.

James B. JACKSON, Appellant,

v.

Byron SLOAN and American Family
Insurance, Respondents.

No. WD 52176.

Missouri Court of Appeals,
Western District.

July 30, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1996.

Application to Transfer Denied
Nov. 19, 1996.

Mark A. Richardson, Jefferson City, for
appellant.

Ronald R. McMillin, Jefferson City, for
respondent.

Before LAURA DENVIR STITH, P.J.,
and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Douglas Stone appeals from an order of
summary judgment in favor of John Michael
Downing in Stone's actions for injuries which
occurred in a basketball game. The trial
court granted summary judgment on the
ground that the risk of the injury in question
was assumed by Mr. Stone, as a primary
assumption of risk.

The judgment is affirmed. Rule 84.16(b).